UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                           CRIMINAL NO. 3:25-CR-46-CHB
                                                    *Filed Electronically*

TIANLONG CHEN                                                   DEFENDANT

## SENTENCING MEMORANDUM

Pursuant to the plea agreement, the United States intends to recommend a sentence at the low end of the applicable Guideline range, followed by three years of supervised release. Restitution is not an issue in this case.

The United States believes a sentence at the low end of the applicable Guideline range, followed by three years of supervised release, will be sufficient, but not greater than necessary, to satisfy the 18 U.S.C. § 3553(a) sentencing factors. A low-end sentence will squarely address the nature and circumstances of the offense and the defendant's characteristics. It will also reflect the seriousness of the offense and promote respect for the law, provide just punishment, and afford adequate deterrence.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

*David Weiser*
David Weiser
Assistant United States Attorney
(502) 625-7068
david.weiser@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

*David Weiser*
David Weiser
Assistant United States Attorney